JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No. 8:22-cv-01036-DOC                                            Date: February 28, 2023

Title: IN RE: THOMAS BRUCE MILLER

---

PRESENT:

### THE HONORABLE DAVID O. CARTER, JUDGE

| Karlen Dubon | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

---

**PROCEEDINGS (IN CHAMBERS):  ORDER DISMISSING CASE**

The Court is in receipt of the Suggestion of Death of the Appellant, filed on June 27, 2022. (Dkt. 7). Pursuant to Rule 25, the Court **DISMISSES WITHOUT PREJUDICE** the instant action, as no motion to substitute has been filed within 90 days of the Suggestion of Death.

The Clerk shall serve this minute order on the parties.

MINUTES FORM 11                                                  Initials of Deputy Clerk: kdu

CIVIL-GEN